DELMA G. SILVA
DISTRICT COURT COORDINATOR

VICTOR M. HERNANDEZ
ASSISTANT COURT COORDINATOR

MARGARITA REYES
COURT BAILIFF

## ROSE GUERRA REYNA
### STATE DISTRICT JUDGE
### 206TH DISTRICT COURT

December 2, 2015

Court of Criminal Appeals
P.O.  Box 12308, Capitol Station
Austin, Texas 78711

Attn:  Abel Acosta, Clerk  - abel.acosta@txcourts.gov

Re:    CCA No.  WR-82-,437-01
       Re:  Phillips, Sherron Dondriel
       Tr. Ct.  No. CR-566-12-D(1); Ex Parte:  Sherron Phillips

Dear Court of Criminal Appeals:

Pursuant to the request from the Court of Criminal Appeals dated November 4, 2015, the Trial Court hereby advises that:

1. The District Attorney's office filed its "Reply of State of Texas per Order of the Court of Criminal Appeal and Request for Preparation and Supplemental Record" on November 18, 2015;
2. Attached thereto was a Business Record Affidavit of Ms. Jennifer Robinson-the Section Director, Review, and Release Processing of the Texas Department of Criminal Justice Parole Division and records from said office;
3. The District Clerk of Hidalgo County mailed the Supplemental Record including the items referenced above to the Court of Criminal Appeals on November 24, 2015.

Thank you for your attention.

Judge Rose G. Reyna

RGR/dgs

cc:    Glenn Devino
Assistant Criminal DistrictAttorney
100 N. Closner, 4th Floor
Edinburg, Texas 78539

Joseph Peter Corcoran
P.O. Box 12548
Austin, Texas 78711-2548

Sherron Dondriel Phillips
Garza East – TDC #1926973
(Chase Field)
4304 Highway 202
Beeville, Texas 78102

Alfredo Morales, Jr.  - FAX #381-4269
7313 N. 22nd Street
McAllen, Texas 78504